# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

CATHIA TANGO,

    Plaintiff(s),

-against-

COSTCO WHOLESALE CORP.,

    Defendant(s).

Plaintiff designates Queens County as the place of Trial. The basis of the venue is plaintiff's residence

**SUMMONS**

Plaintiff resides at
1319 Caffrey Avenue Floor 2
Far Rockaway, NY 11691

To the above named Defendant(s):

YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint. In the event that Article 16 of the CPLR applies, this case falls within an exception to the same.

Dated: New York, New York
       June 6, 2017

Yours, etc.,
BY _____
THOMAS P. MARKOVITS, ESQ. OF
MIRMAN, MARKOVITS & LANDAU, P.C.
Attorney for Plaintiff(s)
Office and Post Office Address
291 Broadway - 6th Floor
New York, New York 10007
Tel. No.: (212) 227-4000
File No.: 213241
NO SERVICE BY FAX ACCEPTED

Defendant(s)' Address(es):
Costco Wholesale Corp.,
605 Rockaway Turnpike
Lawrence, NY 11559

PLEASE FORWARD TO YOUR INSURANCE COMPANY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

CATHIA TANGO,

          Plaintiff(s),

-against-

COSTCO WHOLESALE CORP.,

          Defendant(s).

COMPLAINT

Plaintiffs, by their attorney, **MIRMAN, MARKOVITS & LANDAU, P.C.**, for their complaint against the Defendants, allege as follows:

### AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF CATHIA TANGO

1. Upon information and belief, at all the dates and times hereinafter mentioned, defendant Costco Wholesale Corp., owned premises known as 605 Rockaway Turnpike, County of Nassau, State of New York.

2. Upon information and belief, at all the dates and times hereinafter mentioned, defendant Costco Wholesale Corp. operated premises known as 605 Rockaway Turnpike, County of Nassau, State of New York.

3. Upon information and belief, at all the dates and times hereinafter mentioned, the Defendant Costco Wholesale Corp. controlled premises known as 605 Rockaway Turnpike, County of Nassau, State of New York.

4. Upon information and belief, at all the dates and times hereinafter mentioned, the Defendant Costco Wholesale Corp. managed premises known as 605 Rockaway Turnpike, County of Nassau, State of New York.

5. Upon information and belief, at all the dates and times hereinafter mentioned, the Defendant Costco Wholesale Corp. maintained premises known as 605 Rockaway Turnpike, County of Nassau, State of New York.

6. Upon information and belief, at all the dates and times hereinafter mentioned, the Plaintiff was lawfully upon and at the premises known as 605 Rockaway Turnpike, located at County of Nassau, State of New York.

7. On or about 5/16/2017, at the premises known as 605 Rockaway Turnpike, County

of Nassau State of New York, Plaintiff Cathia Tango was caused to be injured.

8. That the aforesaid injuries to plaintiff Cathia Tango occurred solely and wholly through the negligence of the defendants, their agents, servants and employees, in the ownership, leasing, operation, maintenance, control and management of their respective premises and more particularly premises known as 605 Rockaway Turnpike, County of Nassau, State of New York, although said defendants knew or should have known of the dangers and hazards there existing and nonetheless failed to remedy same.

9. As a result of the aforesaid, the Plaintiff was rendered sick, sore, lame and disabled, was caused to suffer great pain, was and is internally and externally injured, will continue to endure great pain and suffering, and has sustained and will continue to sustain special damages, all to Plaintiff's damage.

10. That as a result of the foregoing, the defendant acted recklessly and wantonly and without any regard to the safety of Plaintiff.

WHEREFORE, Plaintiff(s) demand judgment against the defendants COSTCO WHOLESALE CORP. on the First Cause of Action, together with interest, costs and disbursements of this action. In the event that Article 16 of the CPLR applies, this case falls within an exception to the same.

Dated: New York, New York
June 6, 2017

Yours, etc.,
MIRMAN, MARKOVITS & LANDAU, P.C.
Attorney for Plaintiff(s)
Office and Post Office Address
291 Broadway - 6th Floor
New York, New York 10007
Tel. No.: (212) 227-4000
File No.: 213241
NO SERVICE BY FAX ACCEPTED

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

---

CATHIA TANGO,

                Plaintiff(s),

                -against-

COSTCO WHOLESALE CORP.,

                Defendant(s).

---

## SUMMONS & COMPLAINT

**MIRMAN, MARKOVITS & LANDAU, P.C.**

291 Broadway - 6th Floor
New York, New York 10007
Tel. No. (212) 22-4000